In the Matter of HAROLD A. STEIN et al., Copartners under the Name of H. A. STEIN MOTOR COMPANY, Respondents-Appellants, against F. G. DORAN, Defendant, and FIRST NATIONAL BANK IN YONKERS, Appellant-Respondent.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ. [See *post,* p. 855.]

In the Matter of the Application of SIDNEY SZERLIP for Reinstatement as an Attorney.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

NAOMI FRANCES OAKEY, Respondent, v. JACOB JACOBOWITZ, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

D. STERRETT PINDELL, Appellant, v. ROCKWOOD HOLDING CORPORATION et al., Defendants, and JEFFERSON TITLE AND MORTGAGE CORPORATION, Defendant-Respondent. (Appeals Nos. 1 and 2.) —

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLGA VITTORIA, Respondent, v. ROBERT MCQUEEN, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

BERT C. SHAEFER, INC., Respondent, v. RAWNEL HOLDING COMPANY, INC., Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION et al., Appellants, et al., Defendants.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

FRANCIS A. VAN SUETENDAEL, as Administrator *de bonis non* of the Estate of ARTHUR J. VAN SUETENDAEL, Deceased, Respondent, v. ACHILLE O. VAN SUETENDAEL et al., Individually and as Liquidating Directors and Trustees of PHILLIPSBURGH CONSTRUCTION COMPANY, Appellants.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.